Certificate Number: 03088-NJ-DE-033196719

Bankruptcy Case Number: 19-17188



03088-NJ-DE-033196719

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2019</u>, at <u>12:04</u> o'clock <u>PM CDT</u>, <u>Patricia A Morgan</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>August 2, 2019</u>          By:   <u>/s/Brianna M Glynn</u>

                                   Name: <u>Brianna M Glynn</u>

                                   Title: <u>Counselor</u>