52117
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Carmax Auto Finance
JM5630_____

                                         UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:        PATRICIA A. MORGAN

                                         CHAPTER: 13
                                         CASE NO.:  19-17188 (JNP)
                                         HEARING DATE:

                                         NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Carmax Auto Finance, hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Carmax Auto Finance with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Carmax Auto Finance, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed

pursuant to the Bankruptcy Code or their authorized agents, be given to Carmax Auto Finance by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Carmax Auto Finance  
C/O Morton & Craig, LLC  
110 Marter Ave, Suite 301  
Moorestown, NJ 08057

Carmax Auto Finance, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

        /s/  John R. Morton, Jr.  
        John R. Morton, Jr., Esquire  
        Attorney for Carmax Auto Finance

Dated: