# IN THE UNITED STATES BANKRUPTCY COURT FOR MAIN DISTRICT OF NEW JERSEY

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor(s) Name: | PATRICIA A MORGAN |
| Case Number: | 19-17188 |
| Court Claim Number: | 9 |
| Date Claim Filed: | 06/10/2019 |
| Creditor Name and Address: | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 |
| Total Amount of Claim Filed: | 315.38 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by: /s/ Michelle Viscoine          Dated: 12/11/2020

Authorized agent for Creditor
Print Name: Michelle Viscoine