UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on January 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:    _____

Hearing Date:    _____

Judge:    _____

Chapter:    _____

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 5, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❑     Real property more fully described as:

❑     Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*