Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-17188 (JNP)**

Patricia A. Morgan  
5 Rogers Drive  
Bridgeton, NJ  08302

Monthly Payment: $501.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2020 | $501.00 | 03/02/2020 | $501.00 | 04/01/2020 | $501.00 | 05/01/2020 | $501.00 |
| 06/01/2020 | $501.00 | 07/01/2020 | $501.00 | 07/31/2020 | $501.00 | 08/31/2020 | $501.00 |
| 10/02/2020 | $501.00 | 10/30/2020 | $501.00 | 11/30/2020 | $501.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA A. MORGAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $2,557.72 |
| 1 | APPEARANCE DERMATOLOGY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $428.50 | $0.00 | $428.50 | $0.00 |
| 3 | DISCOVER BANK | 33 | $7,741.60 | $0.00 | $7,741.60 | $0.00 |
| 4 | FINANCIAL RECOVERY SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MECU OF BALTIMORE, INC. | 33 | $6,432.04 | $0.00 | $6,432.04 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 24 | $430.89 | $73.79 | $357.10 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,962.31 | $0.00 | $5,962.31 | $0.00 |
| 11 | RUBIN & ROTHMAN, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $698.69 | $0.00 | $698.69 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | UNITED STATES OF AMERICA | 24 | $21,431.39 | $3,670.97 | $17,760.42 | $0.00 |
| 15 | WELLS FARGO BANK, N.A. | 33 | $3,582.40 | $0.00 | $3,582.40 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $1,220.27 | $0.00 | $1,220.27 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CARMAX AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,889.85 | $0.00 | $2,889.85 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $703.56 | $0.00 | $703.56 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,244.52 | $0.00 | $1,244.52 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 2.00 | $260.00 |
| 07/01/2019 | 58.00 | $501.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,511.00 |
| Total paid to creditors this period: | $2,557.72 |
| Undistributed Funds on Hand: | $458.92 |
| Arrearages: | $241.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**