TERRY GLEN TUCKER, ESQUIRE
ATTORNEY AT LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY 08302
(856) 453-7440
Attorney for Defendant(s)

|  |  |
|---|---|
| Patricia Morgan<br><br>**Debtor** | : UNITED STATES<br>: BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NJ<br>:CIVIL ACTION<br>CASE NO. 19-17188/JNP<br>:**NOTICE OF MOTION**:<br>Returnable: April 6, '21@11:00 pm |

Kevin Mc Donald Esq    PNC Bank NA
KLM Law Group PC    PO Box 94982
216 Haddon Ave #406   Cleveland, OH 44101
Westmont, NJ 08101    ATTN: Denise Carlon

Isabel C Balboa, Trustee
535 Rte 38, #580
Cherry Hill, NJ 08002

Office of US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

    **TAKE NOTICE** that the undersigned will apply to the above named Court, at the Mitchell H. Cohn U.S Courthouse, 400 Cooper Street, Camden, New Jersey, on **April 6, 2021 @ 11:00 pm**, or as soon as counsel may be heard if upon objection, for an **Order Reinstating the Stay as to PNC Bank**

See Attached Affidavit and Proposed Order.

Oral argument is not requested.

A proposed form of Order is annexed hereto.

Dated: March 8,
2021                                                /s/ Terry Glen Tucker, Esquire