TERRY GLEN TUCKER, ESQUIRE
ATTORNEY AT LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY 08302
(856) 453-7440
Attorney for Defendant(s)

 

Patricia Morgan

**Debtor**

: UNITED STATES
: BANKRUPTCY COURT
: FOR THE DISTRICT OF NJ
:CIVIL ACTION
CASE NO. 19-17188/JNP
:**NOTICE OF MOTION**:
Returnable: April 6, '21@11:00 am

 

| Kevin Mc Donald Esq | PNC Bank NA |
|---|---|
| KLM Law Group PC | PO Box 94982 |
| 216 Haddon Ave #406 | Cleveland, OH 44101 |
| Westmont, NJ 08101 | ATTN: Denise Carlon |

Isabel C Balboa, Trustee
535 Rte 38, #580
Cherry Hill, NJ 08002

Office of US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

 **TAKE NOTICE** that the undersigned will apply to the above named Court, at the Mitchell H. Cohn U.S Courthouse, 400 Cooper Street, Camden, New Jersey, on **April 6, 2021 @ 11:00 am**, or as soon as counsel may be heard if upon objection, for an **Order Reinstating the Stay as to PNC Bank**

See Attached Affidavit and Proposed Order.

Oral argument is not requested.

A proposed form of Order is annexed hereto.

Dated: March 8, 2021               /s/ Terry Glen Tucker, Esquire