TERRY GLEN TUCKER,
ESQUIRE ATTORNEY-AT-LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY
08302 (856) 453-7440
Attorney for Debtor

_____

Patricia Morgan

          Debtor(s)

_____

:UNITED STATES
:BANKRUPTCY COURT

:FOR THE DISTRICT
:OF NEW JERSEY
:
:CASE NO : 19-17188/JNP

:CIVIL ACTION
:**AFFIDAVIT OF ATTORNEY**

**STATE OF NEW JERSEY** )
                                 :SS
**COUNTY OF CUMBERLAND**)

    I, Patricia Morgan of full age, being duly sworn upon my oath, depose and say;

    1) I make this affidavit with the intent and understanding that this Affidavit will be used in Support of this Motion to Reinstate the Stay as to my second mortgage company PNC Bank.

    2) PNC Bank obtained stay relief on 2/23/21, after I fell behind on my mortgage payments.

    3) I thought the second mortgage was included in my Trustee payment.

    4) I have all the money to become current (about $8,000) on hand right now. I've since retired, and have my social security income that'll allow me to comfortably pay the mortgage.

    5) Would the Court be so kind, please, to reinstate the stay as to PNC? I'll pay them whenever they want.

                            I make this affidavit under penalty of perjury.

                                      Patricia Morgan

/s/Patricia Morgan

DATED: March 8, 2021