UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Patricia Morgan,

Debtor.

Case No.:  19-17188-JNP

Chapter:  13

Hearing Date:  4/6/2021

Judge:  Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion to Reinstate Stay (Docket # 40)

_____

Date: 3/31/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*