ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-17188 (JNP)**

Patricia A. Morgan
5 Rogers Drive
Bridgeton, NJ  08302

Monthly Payment: $536.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/04/2021 | $501.00 | 02/04/2021 | $501.00 | 03/02/2021 | $501.00 | 03/26/2021 | $501.00 |
| 04/29/2021 | $501.00 | 05/28/2021 | $501.00 | 07/01/2021 | $501.00 | 08/03/2021 | $536.00 |
| 09/01/2021 | $536.00 | 10/01/2021 | $536.00 | 11/01/2021 | $536.00 | 11/30/2021 | $536.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | PATRICIA A. MORGAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $1,792.28 |
| 1 | APPEARANCE DERMATOLOGY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $428.50 | $0.00 | $428.50 | $0.00 |
| 3 | DISCOVER BANK | 33 | $7,741.60 | $0.00 | $7,741.60 | $0.00 |
| 4 | FINANCIAL RECOVERY SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MECU OF BALTIMORE, INC. | 33 | $6,432.04 | $0.00 | $6,432.04 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 24 | $430.89 | $184.89 | $246.00 | $73.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,962.31 | $0.00 | $5,962.31 | $0.00 |
| 11 | RUBIN & ROTHMAN, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $698.69 | $0.00 | $698.69 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | UNITED STATES OF AMERICA | 24 | $21,431.39 | $9,195.15 | $12,236.24 | $3,670.97 |
| 15 | WELLS FARGO BANK, N.A. | 33 | $3,582.40 | $0.00 | $3,582.40 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $1,220.27 | $0.00 | $1,220.27 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CARMAX AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,889.85 | $0.00 | $2,889.85 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $703.56 | $0.00 | $703.56 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,244.52 | $0.00 | $1,244.52 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 23.00 | $0.00 |
| 04/01/2021 | Paid to Date | $11,301.00 |
| 05/01/2021 | 36.00 | $536.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,187.00 |
| Total paid to creditors this period: | $5,537.04 |
| Undistributed Funds on Hand: | $490.98 |
| Arrearages: | $105.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**