UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Patricia Morgan,

Debtor.

Case No.:        19-17188-JNP

Chapter:              13

Hearing Date:    7/27/2022

Judge:            Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion to Reinstate Stay re: 5 Rogers Drive (Docket # 56)

_____

Date: 7/21/2022                           /s/ Denise Carlon
                                          Signature

*rev.8/1/15*