

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

Order Filed on August 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Patricia A. Morgan,

Debtor.

Case No.: 19-17188 JNP

Adv. No.:

Hearing Date: 7/26/2022 @ 11:00 a.m.

Judge: Jerrold N. Poslusny Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING OBJECTION TO MOTION TO REINSTATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 5, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Patricia A. Morgan
Case No: 19-17188 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING OBJECTION TO MOTION TO REINSTATE STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon an objection to motion to reinstate as to real property located at 5 Rogers Drive, Bridgeton, NJ, 08302, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Terry Tucker, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 26, 2022, Debtors are due for the March 28, 2022 through June 28, 2022 payments for a total post-petition default of $915.58 (1 @ $278.29, 1 @ $283.17, 1 @ $309.14, 1 @ $302.93, less suspense $257.95); and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor will make a lump sum payment of $915.58 by July 31, 2022; and

It is further **ORDERED, ADJUDGED and DECREED** the stay as to 5 Rogers Drive, Bridgeton, NJ, 08302 is hereby reinstated; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 28, 2022 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.