| RECORDING INFORMATION SHEET | CUMBERLAND COUNTY CLERK'S OFFICE<br>60 WEST BROAD STREET<br>BRIDGETON NJ 08302 | |
|---|---|---|
| INSTRUMENT NUMBER:<br>**408552** | DOCUMENT TYPE:<br>**MORTGAGE** | |
| **Official Use Only**<br><br>GLORIA NOTO, COUNTY CLERK<br>CUMBERLAND COUNTY, NJ<br>INSTRUMENT NUMBER<br>408552<br>RECORDED ON<br>March 23, 2012  03:21 pm<br>BOOK:4090  PAGE:7910<br>KE | **Return Address** *(for recorded documents)*<br>PNC BANK<br>2730 LIBERTY AVENUE<br>PITTSBURGH PA 15222 | |
| | **No. Of Pages** *(excluding Summary Sheet)* | 2 |
| | Recording Fee *(excluding Transfer Tax)* | $40.00 |
| | **Realty Transfer Tax** | $0.00 |
| | **Amount Charged**      (Charge) | $40.00 |
| | **Parcel Information**  Block  128.02  Lot  48 | |
| | **First Party Name** | PATRICIA A MORGAN |
| | **Second Party Name** | PNC BANK |
| MAIL COPY _____<br>NO COPY _____<br>ENVELOPE _____<br><br>ADDITIONAL STAMPINGS _____ | **Additional Information (Official Use Only)** | |

****************************** *DO NOT REMOVE THIS PAGE.* ******************************
COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF CUMBERLAND COUNTY FILING RECORD
******************** *RETAIN THIS PAGE FOR FUTURE REFERENCE.* ********************

## Cumberland County Document Summary Sheet

| | Transaction Identification Number | |
|---|---|---|
| CUMBERLAND CLERK'S OFFICE<br><br>60 W. BROAD ST<br><br>BRIDGETON NJ 08302 | **Return Address** *(for recorded documents)*<br>PNC BANK<br>2730 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 | |

| Official Use Only | | |
|---|---|---|
| | Submission Date *(mm/dd/yyyy)* | 03/23/2012 |
| | No. of Pages *(excluding Summary Sheet)* | 2 |
| | Recording Fee *(excluding transfer tax)* | $40.00 |
| | Realty Transfer Tax | $0.00 |
| | Total Amount | $40.00 |
| | Document Type | MORTGAGE |
| | **Electronic Recordation Level**<br>L2 - Level 2 (With Images) | |
| | **Municipal Codes**<br>FAIRFIELD TWP | 06 |
| | Bar Code(s) | |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CUMBERLAND COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

## Cumberland County Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **MORTGAGE** | Type | MORTGAGE | | | |
| | Consideration | $50,200.00 | | | |
| | Submitted By | PNC BANK | | | |
| | Document Date | 03/16/2012 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | | | | |
| | MORTGAGOR | Name | | Address | |
| | | PATRICIA A MORGAN | | | |
| | MORTGAGEE | Name | | Address | |
| | | PNC BANK | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CUMBERLAND COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Return to:  PNC Bank - Consumer Loan Center
Mortgage Servicing
Mailstop P5-PCLC-01-I
2730 Liberty Avenue
Pittsburgh, PA 15222
Telephone 412-762-6728



# Mortgage
(Open-End Mortgage) (For New Jersey Property)



**PNC BANK**
OLNACS #

THIS MORTGAGE is made on **03/16/2012**.
The name(s) of Mortgagor(s) is(are) **PATRICIA A MORGAN**.

If there is more than one, the word "Mortgagor" refers to each and all of them.
The name and address of Mortgagee (Lender) are PNC Bank, Consumer Loan Center, Collateral Control, 2730 Liberty Avenue, Pittsburgh, PA 15222.
The word "Borrower" means **PATRICIA A MORGAN**.
If there is more than one, the word "Borrower" refers to each and all of them.

The Mortgagee has granted to Borrower a home equity line of credit ( called the "Account"), under the terms of a written agreement dated on or about **03/16/2012**. The agreement was amended under the terms of a written amendment dated on or about the same date as this Mortgage. The written agreement, as amended by the written amendment and any other amendments, supplements, modification, changes in terms or addenda, will be referred to herein as the "Agreement." The Agreement provides for a Maximum Credit Limit (that is, a maximum amount of indebtedness) of **Fifty Thousand Two Hundred Dollars And Zero Cents**
(U.S. $ **50,200.00** ). Mortgagee is obligated, under terms set forth in the Agreement, to make future advances during the Draw Period of the Account. Mortgagee is not obligated to make advances which would cause the principal balance outstanding to exceed the Maximum Credit Limit, and is not obligated to make advances after the Account is terminated or during any period when further extensions of credit are prohibited or suspended as provided in the Agreement. By the Agreement, Borrower has agreed to repay the advances in monthly installments, with interest. The terms of the Agreement allow for changes in the interest rate and the monthly payment. Borrower may transfer all or a portion of the principal balance to a fixed rate part, to be paid over a term in equal installments. The rate on new fixed rate parts will change based on a formula, but the rate on a fixed rate part will not change after it is established.

This Mortgage secures to Mortgagee: (a) the repayment of the debt evidenced by the Agreement, as amended, supplemented or modified, from time to time, with interest and other charges as provided therein including any future advances; (b) the payment of all other sums, with interest thereon, advanced hereunder for the payment of taxes, assessments, maintenance charges, insurance premiums and costs incurred to protect the security of this Mortgage; (c) the payment of all of Mortgagee's costs of collection, including costs of suit and, if permitted by law, reasonable attorneys' fees and expenses, if suit is filed or other action is taken to collect the sums owing or to protect the security of this Mortgage; (d) payment of any refinancing, substitution, extension, modification, and/or renewal of any of the indebtedness and other amounts mentioned in subparagraphs (a), (b) or (c) of this paragraph; (e) the performance of Mortgagor's and/or Borrower's covenants and agreements under this Mortgage and the Agreement; and (f) the repayment of the debt evidenced by any agreement which was replaced by the Agreement, to the extent that such debt is owed to Lender and has not been paid. All loans and future advances secured by this Mortgage shall have priority as provided by New Jersey law, P.L. 1985, c.353, as amended. For this purpose, Mortgagor does hereby mortgage, grant and convey to Mortgagee the following described property, together with all improvements now or hereafter erected, and all easements, rights and appurtenances thereon, located at and known as:

| | | | | | |
|---|---|---|---|---|---|
| **5 ROGERS DR** | | **BRIDGETON** | **NJ** | **08302-4425** | **CUMBERLAND** |
| Recording Date | | 10/28/1994 | | | |
| Deed Book Number | 2080 | Page Number | 304 | | |
| Tax Parcel Number | 19.02-11 | | | | |
| Uniform Parcel Number | FAIRFIELD (TWP) | | | | |
| Lot and Block Number | N/A N/A | | | | |

The word "Property" herein shall mean all of the foregoing mortgaged property.
To have and to hold the Property unto the Mortgagee, its successors and assigns, forever. Provided, however, that if the Mortgagor and/or Borrower shall pay to Mortgagee the said debt, interest and all other sums and perform all covenants and agreements secured hereby, and if Borrower has no further right to obtain advances of credit under the Agreement, then and from thenceforth, as well, this present Mortgage and the estate hereby granted and conveyed by it shall cease, determine and become void and of no effect, notwithstanding anything to the contrary in this Mortgage.

NJ (For NJ Property)
EFORM122747A-1008

**Warranty of Title.** Mortgagor warrants and represents to Mortgagee that: (a) Mortgagor is the sole owner of the Property, and has the right to mortgage and convey the Property; (b) the Property is unencumbered except for encumbrances now recorded; and (c) Mortgagor will defend the title to the Property against all claims and demands except encumbrances now recorded.

**Default.** Mortgagor will be in default under this Mortgage upon a default under the terms of the Agreement.

**Mortgagee's Remedies.** Unless prohibited by law, if Mortgagor is in default under this Mortgage, Mortgagee may at its option, after notice required by law, if any, declare due and payable the entire unpaid balance on the sums which are secured by this Mortgage and owing under the Agreement. If Mortgagee so declares such entire balance due and payable, Mortgagee may take possession of the Property pursuant to an appropriate court order, collect any and all rents, apply said rents to the indebtedness secured by this Mortgage, foreclose the Mortgage, or take other action upon the Mortgage as permitted or provided by law to collect the balance owing.

**Remedies Cumulative.** If any circumstance exists which would permit Mortgagee to accelerate the balance, Mortgagee may take such action at any time during which such circumstance continues to exist. Mortgagee's remedies under this Mortgage shall be cumulative and not alternative.

**Benefit and Burden.** The promises, agreements and rights in this Mortgage shall be binding upon and benefit anyone to whom the Property or this Mortgage is transferred. If more than one Mortgagor signs this Mortgage, each and all of them are bound individually and together.

**Delay in Enforcement.** Mortgagee can delay in enforcing any of its rights under this Mortgage or the Agreement without losing that right. Any waiver by Mortgagee of any provision of this Mortgage or the Agreement will not be a waiver of the same or any other provision on any other occasion.

**Assignment.** Mortgagee may sell, transfer or assign this Mortgage without Mortgagor's consent.

**Severability.** If any provision of this Mortgage is held to be invalid or unenforceable, such determination shall not affect the validity or enforceability of the remaining provisions of this Mortgage.

_Patricia A. Morgan_ _____
Mortgagor's Signature                              Mortgagor's Signature

**PATRICIA A MORGAN** _____
Print or Type Mortgagor's Name                     Print or Type Mortgagor's Name


## Acknowledgment

STATE OF  New Jersey  )
                                      ) SS:
COUNTY OF  Cumberland  )

BE IT REMEMBERED, that on this __16th__ day of __March__, __2012__, before me, a Notary Public in and for the State/Commonwealth of __New Jersey__, personally appeared __Patricia A Morgan__ who I am satisfied is/are the person(s) named in and who executed the within Mortgage, and who acknowledged that he/she/they executed the same as a voluntary act for the uses and purposes expressed in the Mortgage and desired the same to be recorded.

In Witness Whereof, I set my hand and official seal.

_Jessica J Nuckles_
Signature of Notary Public

__Jessica L. Nuckles__
Print or Type Name of Notary Public

__Notary Public for N.J.__
Title

```
JESSICA L NUCKLES
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JULY 15, 2013
I.D.# 2375696
```

NJ (For NJ Property)
EFORM122747A-1008