UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-17188 JNP

In Re:
    Patricia A. Morgan aka Trish Morgan,

Debtors.

Hearing Date: 11/15/2022

Judge: Jerrold N. Poslusny Jr.

# ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 22, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Patricia A. Morgan aka Trish Morgan
Case No:  19-17188 JNP
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION

___

   The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by PNC Bank, National Association, Denise Carlon, Esq. appearing, and regarding the Motion for Relief from   Stay, Mortgage  filed in Support Docket # 36),

   It is **ORDERED, ADJUDGED and DECREED** that the above document (Docket #36) be immediately restricted from view on the Court's public docket; and

   It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

   It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.