Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 19-17188 (JNP)

Patricia A. Morgan
5 Rogers Drive
Bridgeton, NJ  08302

Monthly Payment: $536.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/08/2022 | $536.00 | 03/04/2022 | $536.00 | 04/04/2022 | $536.00 | 05/02/2022 | $536.00 |
| 06/09/2022 | $536.00 | 07/05/2022 | $536.00 | 08/09/2022 | $536.00 | 09/09/2022 | $536.00 |
| 10/19/2022 | $536.00 | 11/16/2022 | $536.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA A. MORGAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | APPEARANCE DERMATOLOGY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $428.50 | $0.00 | $428.50 | $0.00 |
| 3 | DISCOVER BANK | 33 | $7,741.60 | $0.00 | $7,741.60 | $0.00 |
| 4 | FINANCIAL RECOVERY SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MECU OF BALTIMORE, INC. | 33 | $6,432.04 | $0.00 | $6,432.04 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 24 | $430.89 | $291.31 | $139.58 | $111.10 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,962.31 | $0.00 | $5,962.31 | $0.00 |
| 11 | RUBIN & ROTHMAN, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $698.69 | $0.00 | $698.69 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | UNITED STATES OF AMERICA | 24 | $21,431.39 | $14,487.35 | $6,944.04 | $5,524.18 |
| 15 | WELLS FARGO BANK, N.A. | 33 | $3,582.40 | $0.00 | $3,582.40 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PNC BANK, N.A. | 13 | $0.00 | $0.00 | $0.00 | $888.00 |
| 18 | LVNV FUNDING, LLC | 33 | $1,220.27 | $0.00 | $1,220.27 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CARMAX AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,889.85 | $0.00 | $2,889.85 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $703.56 | $0.00 | $703.56 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,244.52 | $0.00 | $1,244.52 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 23.00 | $0.00 |
| 04/01/2021 | Paid to Date | $11,301.00 |
| 05/01/2021 | 36.00 | $536.00 |
| 05/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,360.00 |
| Total paid to creditors this period: | $6,523.28 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,177.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**