Certificate Number: 20668-NJ-DE-038378588

Bankruptcy Case Number: 19-17188



20668-NJ-DE-038378588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2024, at 3:32 o'clock PM EDT, Patricia A Morgan completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 14, 2024

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator