**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia A Morgan <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2477 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-17188-JNP | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Patricia A Morgan
   aka Trish Morgan

4/23/24                                **By the court:** Jerrold N. Poslusny Jr.
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia A Morgan  
Debtor

Case No. 19-17188-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Apr 23, 2024 | Form ID: 3180W | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A Morgan, 5 Rogers Dr, Bridgeton, NJ 08302-4425 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 518171654 | + | Appearance Dermatology, LLC, 2466 E. Chestnut Ave. Suite 1, Vineland, NJ 08361-8486 |
| 518171660 | + | MECU of Baltimore, Inc./ Collections Dept, 1 South Street, Baltimore, MD 21202-3481 |
| 518171662 | + | PNC, POB 6534, Carol Stream, IL 60197-6534 |
| 518174064 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518171655 | | EDI: WFNNB.COM | Apr 24 2024 00:25:00 | Ashley Stewart, PO Box 659705, San Antonio, TX 78265 |
| 518197900 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 23 2024 20:37:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 518239177 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 23 2024 20:37:00 | CarMax, ATTN: Bkcy Dept, 225 Chastain Meadows Ct #210, Kennesaw, GA 30144 |
| 518171656 | + | EDI: DISCOVER | Apr 24 2024 00:25:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 518183464 | | EDI: DISCOVER | Apr 24 2024 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518171657 | + | Email/Text: data_processing@fin-rec.com | Apr 23 2024 20:37:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518171658 | | EDI: WFNNB.COM | Apr 24 2024 00:25:00 | HSN, PO Box 659707, San Antonio, TX 78265 |
| 518171659 | + | EDI: IRS.COM | Apr 24 2024 00:25:00 | IRS, P O Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 518188162 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2024 20:59:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518171661 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Credit Management, 2365 northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518252331 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518306970 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2024 20:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: 3180W | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 518171663 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 518306971 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Ashley Stewart, POB 41067, Norfolk VA 23541 |
| 518307373 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518306964 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Boscov's, POB 41067, Norfolk VA 23541 |
| 518306999 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518306943 | | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518294104 | | EDI: Q3G.COM | Apr 24 2024 00:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518171664 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 23 2024 20:36:00 | Rubin & Rothman, LLC, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 518171665 | + | EDI: SYNC | Apr 24 2024 00:25:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 518171666 | + | EDI: USDARHS.COM | Apr 24 2024 00:25:00 | USDA, PO Box 66889, St Louis, MO 63166-6889 |
| 518211141 | + | EDI: USDARHS.COM | Apr 24 2024 00:25:00 | USDA Rural Housing Service, Customer Service Center, PO Box 66879, St. Louis, MO 63166-6879 |
| 518171667 | + | EDI: WFFC | Apr 24 2024 00:25:00 | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518280968 | | EDI: WFFC2 | Apr 24 2024 00:25:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 23, 2024 | Form ID: 3180W | Total Noticed: 33

| Name | Details |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Patricia A Morgan terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8