Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 19–17188–JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A Morgan
   aka Trish Morgan
   5 Rogers Dr
   Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–2477

Employer's Tax I.D. No.:

---

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 24, 2024</u>                    <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court